IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SANDRA SELF                                                                                          PLAINTIFF

      v.                                          CIVIL NO. 12-2211

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                       DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On September 11, 2012, Plaintiff submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP").  ECF Nos. 1, 2.  Subsequently, an order was issued directing Plaintiff to provide more information regarding her IFP application by September 26, 2012.  ECF No. 4.  As of this date, Plaintiff has failed to comply with the court's order, nor has she requested additional time to submit her amended IFP application.  As such, the undersigned recommends that Plaintiff's IFP motion be denied.

Accordingly, the undersigned recommends that Plaintiff's IFP application be denied and she be ordered to tender the filing fee of $350.00.  **The parties have <u>fourteen</u> days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

ENTERED this 2nd day of October 2012.

                                            /s/ *J. Marschewski*
                                        HONORABLE JAMES R. MARSCHEWSKI
                                        CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)