IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SANDRA SELF                                                               PLAINTIFF

v.                              CIVIL NO. 12-2211

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                               DEFENDANT

## **ORDER**

On September 11, 2012, Plaintiff submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP"). ECF Nos. 1, 2. Subsequently, a report and recommendation was entered recommending denial of Plaintiff's IFP motion. ECF No. 5. In lieu of an objection, Plaintiff tendered the filing fee of $350.00. ECF No. 6. As such, both Plaintiff's IFP motion and the report and recommendation have been rendered moot.

The court directs that a copy of the complaint be served by Plaintiff by certified mail, return receipt requested, on Defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Conner Eldridge, U.S. Attorney, without prepayment of fees and costs. Defendant is ordered to answer within sixty (60) days from the date of service.

ENTERED this 12th day of October 2012.

*/s/ J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE